# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MIREYA CUEVAS,<br><br>          Plaintiff,<br><br>vs.<br><br>STONEBRIDGE LIFE INSURANCE COMPANY, an Iowa Corporation; and DOES 1 through 100, inclusive,<br><br>          Defendants. | Case No. SACV 13-1053 CJC (RNBx)<br><br>HON. CORMAC J. CARNEY<br><br>**ORDER GRANTING DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

    Pursuant to the Stipulation between the parties, the above-entitled action is dismissed with prejudice, each party to bear their own attorney's fees.

    IT IS SO ORDERED.

Dated: February 26, 2014

                                      HON. CORMAC J. CARNEY
                                      UNITED STATES DISTRICT COURT JUDGE